# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

LONNIE GURLEY

    v.

MICHAEL ASTRUE

                                  Case Number: 07-0283-CV-W-WAK

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED THAT:** the decision of the Commissioner is affirmed and this case is dismissed.


*ENTERED ON: December 27, 2007*

                                   *Patricia L. Brune*
_____
*December 27, 2007*                                    *Clerk*
*Date*

                                   */s/ J Price*
                                   *J Price*
                                   *(By) Deputy Clerk*